UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WL HOMES LLC<br>[dba John Laing Homes; John Laing Homes Luxury; Laing Luxury Homes; John Laing Urban; Laing Urban] | Case No. 09-10571 |
| JLH REALTY & CONSTRUCTION, INC.<br>[dba John Laing Homes; John Laing Homes Luxury; Laing Luxury Homes; Laing Urban, fka Watt Residential Construction, Inc.; John Laing Urban] | Case No. 09-10572 |
| JLH ARIZONA CONSTRUCTION, LLC<br>[dba John Laing Arizona Construction] | Case No. 09-10573 |
| WL TEXAS LP<br>[John Laing Homes] | Case No. 09-10574 |
| WL HOMES TEXAS LLC<br>[dba John Laing Homes; John Laing Homes Houston] | Case No. 09-10575 |
| LAING TEXAS LLC<br>[John Laing Homes; John Laing Homes Houston] | Case No. 09-10576 |
| Debtor | **NOTICE OF CREDITOR CHANGE OF ADDRESS** |

FILED 2009 APR 13 AM 11: 26
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

COMES NOW Creditor, BSB Design (a/k/a BSB Design, Inc.) hereby requests this Court update its name and address for all future correspondence in this case from 1601 West Lakes Parkway, Suite 200, West Des Moines, IA 50266, to:

BSB Design, Inc.
Attn: James Grundmeier
6601 Westown Parkway, Suite 240
West Des Moines, IA 50266

James Grundmeier
BSB Design, Inc.
6601 Westown Parkway, Suite 240
West Des Moines, IA 50266
Ph. (515) 273-3020