IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WL HOLMES LLC, *et al.*,[1] | ) | Case No. 09-10571 (BLS) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |

**VERIFIED STATEMENT OF SULLIVAN · HAZELTINE · ALLINSON LLC
PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE**

Pursuant to Fed. R. Bankr. P. 2019(a), SULLIVAN · HAZELTINE · ALLINSON LLC ("SHA"), hereby submits this verified statement of SHA's representation of multiple creditors of the Debtors in the above-captioned bankruptcy cases (the "Case").

1. As of the date hereof, SHA represents the following creditors (collectively, the "Creditors") in this Case:

Murray Stravers, Karen Foster-Bunyard and Marla R. Canup, Mary Ashcraft, Anitta Camozzi, Matthew S. and Patricia Ortega Cummings, Phillip P. Delao, Roger and Linda Dykema, Paul Feitor, Wendy Fidance, Stanley M. and Linda A. Fitch, Peggy Sue Houck, Charles and Laurie Jenkins, James T. and Shirley M. Klega, Dale and Diane Kress, Jon and Bonnie Mclain, Denise Meeker, Nelia S. Millando, Allen I. and Susanne S. Minikes, Jacqueline Montane, Tracey Nakagawa, Kurt and Jennifer Orban, Raul H. Ponce, Joseph A. and Kimberle D. Ricci, William J. Romeo, Alex G. and Josephine B. Rubang, James M. and Kunie K. Schultz, Vicki and Mark Sessa, Michael E. Turner, Antonio and Araceli Uribe, Krist J. Walicky and Anne Paule Suisse, Jonita Williams, Roberto L. Aguilar and Sandra Galdamez; Gina and Timothy P. Buck, Ronald and Dorene Carroll, Garry and Stacy Delucia, Joseph P. and Maria Gonzalez, Elvia Gonzalez, Richard L. and Brigitte Hawthorne, Derek R. and Melissa A. Hays, Warren T. Iwanaga, Tyrone Johnson, Juan Juarez, Miata and Enrique Lamas, Juan Carlos Madrigal, Daniel M. and Marie A. Malavenda, Stacy Marquez, Chris Miller, Jill Mirkis, Kathleen and Mark Nacinovich, Duane Oakes, Edith Ramirez, Julia and Jason Morgan, Guy P.K. Purdy, Leroy P. and Frances J. Reed, Scott Singel, Jason Ripps, James A. and Rose Marie Sullivan, Tawanna and Byron Walker, Jessie W. and Doloris J. Young, Andre and Kalina Yurkov, Katie Jarvis, John J. and Cathy J. Cosman.

---

[1] The Debtors are as follows, along with the last four digits of each of the Debtor's federal tax identification numbers: (a) WL Homes LLC (6595); (b) JLH Realty & Construction, Inc. (1899); (c) Arizona Construction, LLC (2154); (d) WL Texas LP (0079); (e) WL Homes Texas LLC (0103); and (f) Laing Texas LLC (0052).

(a) Nature of Claim: SHA represents claimants with respect to their motion for relief from automatic stay to pursue claims in construction defect litigation pending in State Court, and SHA expects to represent claimants in the claims process in this court with respect to any portion of their claims not covered by insurance.

(b) Time of Acquisition: Nevada counsel to the Creditors, Shinnick Ryan & Ransavage P.C., contacted SHA in late August, 2009, to represent the Creditors in the present proceeding.

(c) Amount of Claim: Currently unliquidated.

2. SHA has advised the Creditors with respect to these concurrent representations. The Creditors each have (a) consented and/or been provided notice of such representation and (b) through their Nevada counsel, requested that SHA represent them in this Case.

3. SHA does not own, nor has it ever owned, any claims against the Debtors or any interest in the Debtors.

Dated: September 3, 2009
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William D. Sullivan
William A. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191 (Tel)
(302) 428-8195 (Fax)
E-mail: bsullivan@sha-llc.com

- and -

Eric Ransavage, Esq.
SHINNICK RYAN & RANSAVAGE P.C.
2881 Business Park Ct., Suite 210
Las Vegas, NV 89129
(702) 631-8014
Fax: (302) 631-8024

*Attorneys for the Creditors*