## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WL HOMES, LLC, *et al.*,[1] | : | Case No. 09-10571 (BLS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON APRIL 10, 2013 AT 10:30 A.M.

**CONTESTED MATTERS GOING FORWARD:**

1. Motion for Authority to Earmark Funds, Establish a Bar Date for Claims Against Earmarked Funds, and to Permit Administration of Such Earmarked Funds; filed on March 13, 2013 [Docket No. 3248].

   Response Deadline:   April 3, 2013, at 4:00 p.m.

   Responses Received:

   A. Objection of Wachovia Bank, N.A. to Motion of George L. Miller, Chapter 7 Trustee, for Authority to Earmark Funds, Establish a Bar Date for Claims against Earmarked Funds, and to Permit Administration of Earmarked FundsCertificate of No Objection; filed April 3, 2013 [Docket No. 3265].

   B. Objection of Darrena nd Cheryl Bortmas *et. al.* to Motion of George L. Miller, Chapter 7 Trustee, for Authority to Earmark Funds, Establish a Bar Date for Claims against Earmarked Funds, and to Permit Administration of Earmarked FundsCertificate of No Objection; filed April 3, 2013 [Docket No. 3266].

   C. Dayne and Clare Relihan's (I) Objection To George L. Miller, Chapter 7 Trustee's Motion for Authority to Earmark Funds, Establish a Bar Date for Claims against Earmarked Funds, and to Permit Administration of Such Earmarked Funds and (II) Supplemental Objection to George L. Miller, Chapter 7 Trustee's Motion for Authority to Settle Claims with JLH Insurance Company and Receive Funds and other Assets on Account of Such Claims from JLH Insurance Company; filed April 3, 2013 [Docket No. 3267].

   Related Documents:

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: WL Homes LLC (6595); JLH Realty & Construction, Inc. (1899); JLH Arizona Construction, LLC (2154); WL Texas LP (0079); WL Homes Texas LLC (0103); and Laing Texas LLC (0052). The cases were subsequently jointly administered by order entered February 20, 2009 [Docket No. 48].

Status: A Certificate of No Objection has been filed. No hearing is necessary unless otherwise required by the Court.

2. George L. Miller, Chapter 7 Trustee, Motion for Authority to Settle Claims with JLH Insurance Company and Receive Funds and Other Assets on Account of Such Claims from JLH Insurance Company; filed on January 11, 2013 [Docket No. 3199].

   Response Deadline: February 13, 2013, at 4:00 p.m.

   Responses Received:

   A. Preliminary Objection of Jeff and Gwenivere Snyder and Dayne and Clare Relihan to George L. Miller, Chapter 7 Trustee, Motion for Authority to Settle Claims with JLH Insurance Company and Receive Funds and Other Assets on Account of Such Claims from JLH Insurance Company; filed on January 29, 2013 [Docket No. 3214].

   B. Objection of Wachovia Bank, N.A. to Motion of George L. Miller, Chapter 7 Trustee, for Authority to Settle Claims with JLH Insurance Company and Receive Funds and Other Assets on Account of Such Claims from JLH Insurance Company; filed on February 13, 2013 [Docket No. 3224]

   C. Dayne and Clare Relihan's (I) Objection To George L. Miller, Chapter 7 Trustee's Motion for Authority to Earmark Funds, Establish a Bar Date for Claims against Earmarked Funds, and to Permit Administration of Such Earmarked Funds and (II) Supplemental Objection to George L. Miller, Chapter 7 Trustee's Motion for Authority to Settle Claims with JLH Insurance Company and Receive Funds and other Assets on Account of Such Claims from JLH Insurance Company; filed April 3, 2013 [Docket No. 3267].

   Related Documents:

   D. Notice of Rescheduled Motion; filed on March 15, 2013 [Docket No. 3249].

   Status: This matter is going forward.

3. Motion of Darren & Cheryl Bortmas, et al. for Relief From the Automatic Stay of 11 U.S.C. Section 362(a); filed on March 11, 2013 [Docket No. 3245].

   Response Deadline: April 3, 2013, at 4:00 p.m.

   Responses Received:

   E. Objection of Zurich American Insurance Company to Motion of Darren & Cheryl Bortmas, et al. for Relief From the Automatic Stay of 11 U.S.C. Section 362(a); filed on March 20, 2013 [Docket No. 3258].

   Related Documents:

Status: This matter is going forward.

**UNCONTESTED FEE APPLICATIONS WITH CERTIFICATE OF NO OBJECTION[2]:**

4. Seventh Interim Application for Compensation of Miller Coffey Tate, LLP for Services Rendered and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee for the Period from for the period July 1, 2012 to December 31, 2012; filed March 20, 2013 [Docket No. 3259].

    Response Deadline:    April 3, 2013, at 4:00 p.m.

    Responses Received:

    Related Documents:

    A.    Certificate of No Objection; filed April 5, 2013 [Docket No. 3270].

    B.    Proposed Order

    Status: A Certificate of No Objection has been filed. No hearing is necessary unless otherwise required by the Court.

5. First Interim Fee Application of Stuart Myers Consulting for Compensation for Services Rendered and Reimbursement of Expenses as Insurance Claims Consultant to The Chapter 7 Trustee; filed March 22, 2013 [Docket No. 3262].

    Response Deadline:    April 3, 2013, at 4:00 p.m.

    Responses Received:

    Related Documents:

    A.    Certificate of No Objection; filed April 5, 2013 [Docket No. 3269].

    B.    Proposed Order

    Status: A Certificate of No Objection has been filed. No hearing is necessary unless otherwise required by the Court.

---

[2] Pursuant to chambers procedure, these Fee Applications were previously submitted in a separate binder.

Dated: April 8, 2013　　　　　　　　　　CIARDI CIARDI & ASTIN
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　／s/ Shannon D. Leight
　　　　　　　　　　　　　　　　　　　　Shannon D. Leight (No. 4115)
　　　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 700
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 658-1100 telephone
　　　　　　　　　　　　　　　　　　　　(302) 658-1300 facsimile
　　　　　　　　　　　　　　　　　　　　sleight@ciardilaw.com

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　Albert A. Ciardi, III, Esquire
　　　　　　　　　　　　　　　　　　　　Marnie E. Simon, Esquire
　　　　　　　　　　　　　　　　　　　　One Commerce Square, Suite 1930
　　　　　　　　　　　　　　　　　　　　2005 Market Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　(215) 557-3550 telephone
　　　　　　　　　　　　　　　　　　　　(215) 557-3551 facsimile
　　　　　　　　　　　　　　　　　　　　aciardi@ciardilaw.com
　　　　　　　　　　　　　　　　　　　　msimon@ciardilaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for the Trustee*

**CERTIFICATE OF SERVICE**

I, Shannon D. Leight, hereby certify that on the 8th day of April 2013, I caused a copy of the **Notice of Agenda of Matters Scheduled for Hearing on April 10, 2013 at 10:30 a.m.** to be served upon the parties listed on the attached service list *via* electronic mail.

_____
Shannon D. Leight (No. 4115)

| | |
|---|---|
| George L. Miller, Trustee<br>Miller Coffey Tate<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Cynthia M. Cohen, Esq.<br>Paul Hastings LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071 | Frederick B. Rosner, Esq.<br>The Rosner Law Group LLC<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801 |
| Tara L. Lattomus, Esq.<br>Karen Lee Turner, Esq.<br>Eckert Seamans Cherin & Mellot, LLC<br>300 Delaware Avenue<br>Suite 1210<br>Wilmington, DE 19801 | Stephen W. Spence, Esq.<br>John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| Gregory A. Bray, Esq.<br>Linda Dakin-Grimm, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005-1413 | Francis A. Monaco, Jr., Esq.<br>Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice PLLC<br>222 Delaware Avenue, 15th Floor<br>Wilmington, DE 19801 |
| James D. Whooley, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>30th Floor<br>601 South Figueroa Street<br>Los Angeles, CA 90017-5735 | Ronald K. Brown Jr.<br>Law Offices of Ronald K. Brown, Jr.<br>901 Dove Street<br>Suite 120<br>Newport Beach, CA 92660 |

| | |
|---|---|
| Steven M. Coren, Esq.<br>David Dormont, Esq.<br>Brian J. Watson, Esq.<br>Kaufman, Coren & Ress, P.C.<br>Two Commerce Square,<br>Suite 3900, 2001 Market Street<br>Philadelphia, PA 19103 | Robert Simon<br>7614 De Foe Drive<br>Cupertino, CA 95014 |
| Daniel H. Clifford, Esq.<br>Fenton Grant Mayfield Kaneda & Litt, LLP<br>1955 Village Center Circle<br>Las Vegas, Nevada 89134 | Jeffrey C. Wisler, Esq.<br>Connolly Gallagher LLP<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801 |
| David J. Baldwin, Esquire<br>Etta R. Mayers, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | Brian E Farnan Esq.<br>Rosemary J. Piergiovanni Esq.<br>Farnan LLP<br>919 N. Market St.<br>12th Floor<br>Wilmington, DE 19801 |
| Hillis Clark Martin & Peterson P.S.<br>Attn: Amit D. Ranade<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101<br>(Weyerhaeuser Realty Investors, Inc.) | Weyerhaeuser Realty Investors, Inc.<br>Attn: Scott R. Vokey<br>Senior Vice President & General Counsel<br>MS CH1B25<br>P.O. Box 9777<br>Federal Way, WA 98063-9777 |
| Michael D. DeBaecke (No. 3186)<br>Victoria Guilfoyle (No. 5183)<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801 | Donna L. Culver Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, Suite 1800<br>Wilmington, DE 19801 |

M. Turner Field, Esq.  
Pendleton Friedberg Wilson & Hennessey, PC  
1875 Lawrence Street, 10th Floor  
Denver, Colorado 80204

Daniel L. Egan Esq.  
Megan A. Lewis Esq.  
Steven J. Williamson Esq.  
Wilke, Fleury, Hoffelt, Gould & Birney, LLP  
400 Capitol Mall, Twenty-Second Floor  
Sacramento, California 95814

Richard B. Benenson, Esq.  
Joshua M. Hantman, Esq.  
Brownstein Hyatt Farber Schreck, LLP  
410 Seventeenth Street, Suite 2200  
Denver, Colorado 80202-4432

Rick S. Miller, Esq.  
Ferry, Joseph & Pearce, P.A.  
824 Market Street, Suite 1000  
Wilmington, DE 19899-1351