# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| WL HOMES LLC, *et al.*,[1] | Case No. 09-10571 (BLS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON AUGUST 18, 2019 AT 9:30 A.M. ET**

## *HEARING CANCELLED*

**THERE ARE NO MATTERS NOTICED ON THE DOCKET AS GOING FORWARD. ACCORDINGLY, THE COURT HAS AUTHORIZED CANCELLATION OF THE HEARING.**

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: WL Homes LLC (6595); JLH Realty & Construction, Inc. (1899); WL Texas LP (0079); WL Homes Texas LLC (0103); and Laing Texas LLC (0052). The cases were jointly administered by order entered February 20, 2009 [Docket No. 48].

Dated:  September 16, 2019  CIARDI CIARDI & ASTIN
       Wilmington, Delaware

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmcmahon@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com

*Attorneys for George L. Miller,*
 *Chapter 7 Trustee*